# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| IN RE: ERIC J. YELLOW HAWK RED HORSE RED FEATHER, <br><br> Plaintiff. | CV 16-00069-BMM-JTJ <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

Plaintiff Eric J. Yellow Hawk Red Horse Red Feather filed a document that the Court liberally construed as a Complaint (Doc. 1) and a Motion to Proceed in Forma Pauperis. (Doc. 3.). The Court ordered Mr. Yellow Hawk Red Horse Red Feather to file a copy of his jail/prison account statement on July 12, 2016 (Doc. 5).

The Court may dismiss Mr. Yellow Hawk Red Horse Red Feather's complaint without prejudice if a document directed to him has been returned to the Court as not deliverable and if within 60 days following such a return, he fails to provide a current address for service. Local Rule 5.2(b).

The July 12, 2016 Order was returned as undeliverable on August 4, 2016. (Doc. 6.) After 60 days had passed with no communication from Mr. Yellow Hawk Red Horse Red Feather, United States Magistrate Judge John Johnston filed Findings and Recommendations in this matter. (Doc. 7.)

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendations (Doc. 7) is **ADOPTED in FULL**. This matter is **DISMISSED WITHOUT PREJUDICE** and all pending motions are terminated.

Dated this 7th day of November, 2016.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge